[This opinion has been published in *Ohio Official Reports* at 88 Ohio St.3d 500.]

THE STATE EX REL. DOOLITTLE, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL.; MASTER MARKETING COMPANY, APPELLEE.

[Cite as *State ex rel. Doolittle v. Indus. Comm.*, 2000-Ohio-411.]

*Workers' compensation—Court of appeals' judgment reversed and State ex rel. Noll relief granted.*

(No. 99-1673—Submitted April 4, 2000—Decided May 24, 2000.)

APPEAL from the Court of Appeals for Franklin County, No. 98AP-1069.

_____

*Shapiro, Kendis & Associates Co., L.P.A.*, and *Rachel B. Jaffy*, for appellant.

*Bricker & Eckler, L.L.P., Bobbie S. Sprader* and *Nelson M. Reid,* for appellee.

_____

{¶ 1} The judgment of the court of appeals is reversed, and the cause is returned to the Industrial Commission for compliance with *State ex rel. Noll v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

_____

**LUNDBERG STRATTON, J., dissenting.**

{¶ 2} I dissent and would affirm the judgment of the court of appeals.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.

_____